IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF THE OATH OF OFFICE
OF ANDREW R. COGAR ON APPOINTMENT
AS ASSISTANT UNITED STATES ATTORNEY



ORDER

On January 8, 2008, came Sharon L. Potter, United States Attorney for the Northern District of West Virginia, and introduced Andrew R. Cogar to the Court, the said Andrew R. Cogar having been appointed by the Department of Justice to the position of Assistant United States Attorney for the Northern District of West Virginia. Ms. Potter represented to the Court that Andrew R. Cogar is an attorney admitted to practice before the United States District Courts for the Northern and Southern Districts of West Virginia; and is a citizen of the United States and a resident of Morgantown, West Virginia, and possesses the necessary qualifications for assuming the office of Assistant United States Attorney.

Ms. Potter then moved that Andrew R. Cogar be administered the Oath of Office for an Assistant United States Attorney.

The Court then proceeded to administer the Oath of Office to Andrew R. Cogar for an Assistant United States Attorney, which said Oath is

ORDERED, filed and made a part of the record of this proceeding.

ENTER: January 8, 2008

IRENE M. KEELEY
CHIEF U. S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF THE OATH OF OFFICE
OF ANDREW R. COGAR ON APPOINTMENT
AS ASSISTANT UNITED STATES ATTORNEY

## OATH OF OFFICE

I do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; that I will well and faithfully discharge the duties of the office on which I am about to enter, SO HELP ME GOD.

Dated: 1/8/08

_____
Andrew R. Cogar